

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00861-CR & 04-18-00862-CR

Juan **ORTIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7171, 2018CR0457
Honorable Sid L. Harle, Judge Presiding

# O R D E R

After we granted the court reporter a thirty-day extension of time, the reporter's record was due January 10, 2019. On the due date, the reporter filed notifications of late record asking for a seven-day extension of time to file the record in each appeal. After review, we **GRANT** the requested extensions and **ORDER** the court reporter to file the records in these appeals **on or before January 17, 2019.**

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court